## STATE OF CONNECTICUT *v.* JOSEPH HOSKIE

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 663 (AC 22786), is denied.

*Joseph Visone*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided March 19, 2003

## STATE OF CONNECTICUT *v.* ALVIN WILSON

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 912 (AC 22885), is denied.

*Thomas B. Pursell*, special public defender, in support of the petition.

*Eileen F. McCarthy*, assistant state's attorney, in opposition.

Decided March 19, 2003

## TINACO PLAZA, LLC *v.* FREEBOB'S, INC.

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 760 (AC 21992), is granted, limited to the following issue: